IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA

vs.                              NO. 4:02CR00068-003 SWW

YALANDA RENEE SMITH


### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the preponderance of the evidence, the Court found that defendant has violated the conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of FOURTEEN (14) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in a facility located in Florida, if available to her, and that she participate in a residential or non-residential substance abuse treatment program during incarceration.

There will no supervised release following defendant's term of imprisonment.

IT IS FURTHER ORDERED that $6,576.51, the balance of the restitution initially imposed, remains due and payable. During her term of incarceration, defendant shall pay 50% per month of all funds available

to her.  During community confinement placement, payments will be reduced to 10 percent of defendant's gross monthly income.

The defendant is remanded to the custody of the U. S. Marshal to immediately begin service of the sentence imposed in this matter.

IT IS SO ORDERED this 11th day of July, 2005.

/s/Susan Webber Wright

CHIEF JUDGE
UNITED STATES DISTRICT COURT